USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

    Plaintiff,

vs.

RIOMAR CORP., a New York corporation, d/b/a KANAS TAPAS BAR RESTAURANT, and PAUL RAQUEL LLC, a New York limited liability company,

    Defendants.
_____/

CASE NO: 1:18-cv-07586-KBF

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, RIOMAR CORP., a New York corporation, d/b/a KANAS TAPAS BAR RESTAURANT, and PAUL RAQUEL LLC, a New York limited liability company, a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice*, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 13th day of March, 2019.

By: /s/ B. Bradley Weitz
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: /s/ Brian G. Klein
Brian G. Klein, Esq.
The Law Office of Brian G. Klein, P.C.
500 7th Avenue, 8th Floor
Telephone: (347) 502-6464
New York, New York 10018
Email: bk@briankleinlaw.com
*Attorney for Riomar Corp.*

By: _____
Domenick Napoletano, Esq.
351 Court Street
Brooklyn, New York 11231
Telephone: (718)-522-1377
Facsimile: (718)-596-6137
Email: domenick@napoletanolaw.com
*Attorney for Paul Raquel LLC*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

Dated: March 18, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge